# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MUNDRE L. FLEMINGS, | ) | Case No. 2:16-cv-02042-GMN-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| UNIVERSITY MEDICAL CENTER, | ) | |
| Defendant(s). | ) | |

In light of Plaintiff's payment of the filing fee, Docket No. 5, the Clerk's Office is **INSTRUCTED** to file the complaint (Docket No. 1-1) on the docket. Plaintiff is instructed that service must be completed within 90 days of this order. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

DATED: December 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge