UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MUNDRE L. FLEMINGS,

Plaintiff,

v.

UNIVERSITY MEDICAL CENTER,

Defendant.

Case No. 2:16-cv-02042-GMN-NJK

ORDER

(Mot Cont ENE – ECF No. 20)

Before the court is Defendant's Request to Reschedule Early Neutral Evaluation (ECF No. 20).  Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1.  The Request to Reschedule Early Neutral Evaluation (ECF No. 20) is **GRANTED** and the Early Neutral Evaluation Conference shall be continued to **August 15, 2017, at 9:30 a.m., in Chambers Room 3071.**

2.  The confidential statements (if not already submitted) shall submitted to the undersigned Magistrate Judge, **in a sealed envelope marked confidential**, no later than **4:00 p.m. August 8, 2017**.  If hand-delivered by courier or runner, the envelope should be delivered to the intake window of the Clerk's Office to be placed in the undersigned's mailbox.

DATED this 21st day of July, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE