# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MUNDRE L. FLEMINGS, | Case No. 2:16-cv-02042-GMN-NJK |
| Plaintiff(s), | |
| v. | |
| UNIVERSITY MEDICAL CENTER, | ORDER |
| Defendant(s). | |

On July 25, 2017, the Court ordered the parties to file, no later than August 1, 2017, either a joint proposed discovery plan or a status report as to why the parties believed a discovery plan should not be filed at this time. Docket No. 23. To date, the parties have failed to comply. *See* Docket.

The parties are therefore **ORDERED** to file, no later than August 14, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

DATED: August 8, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge