# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MUNDRE L. FLEMINGS,

                       Plaintiff(s),

v.

UNIVERSITY MEDICAL CENTER,

                       Defendant(s).

Case No. 2:16-cv-02042-GMN-NJK

ORDER

Pending before the Court is a status report indicating that Defendant's counsel has been unable to coordinate with Plaintiff to draft a proposed discovery plan. Docket No. 27. The Court hereby **ORDERS** Plaintiff to call attorneys Robert Freeman and/or Danielle Miller at 702-893-3383 by August 25, 2017. The parties shall prepare and jointly file, by September 1, 2017, a joint proposed discovery plan.

IT IS SO ORDERED.

DATED: August 16, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge