# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MUNDRE L. FLEMINGS,

          Plaintiff,

vs.

UNIVERSITY MEDICAL CENTER,

          Defendant.

Case No.: 2:16-cv-02042-GMN-NJK

**ORDER**

On March 21, 2018, the Court entered an order allowing Plaintiff Mundre L. Flemings ("Plaintiff") twenty-one days to file an amended complaint. (ECF No. 50). The Court's Order informed Plaintiff that if he chose not to file an amended complaint, the Court would dismiss his case with prejudice. The deadline to file an amended complaint has now elapsed, and Plaintiff has failed to file an amended complaint with the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's case is **DISMISSED with prejudice**. The Clerk shall close the case and enter judgment accordingly.

**DATED** this __14__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court